U.S. DIST. COURT CLERK
EAST DIST. MICH
FLINT

2007 FEB 14  P 4: 12

FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 DESHAWN HOWARD, and
D-2 JORGE VIRAMONTES,

    Defendants.
_____/

NO. **07-20068**

HON. PAUL V. GADOLA
United States District Judge

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT ONE

Conspiracy to Possess With Intent to Distribute Five Kilograms or More of Cocaine
(21 U.S.C. §846 & §841(a)(1))

D-1 DESHAWN HOWARD and
D-2 JORGE VIRAMONTES

That beginning approximately December 1, 2006, and continuing until about

February 11, 2007, in the Eastern District of Michigan, and elsewhere, defendants DESHAWN HOWARD, a person who had twice previously been convicted of felony drug offenses, and JORGE VIRAMONTES, a person who had twice previously been convicted of felony drug offenses, did knowingly, intentionally and unlawfully combine, conspire, confederate and agree together and with other persons, to commit an offense against the United States, that is, to possess with intent to distribute five kilograms or more of a mixture or substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, and 841(a)(1).

## COUNT TWO

Possession With Intent to Distribute Five Grams or More of Cocaine,
Aiding and Abetting
(21 U.S.C. §841(a)(1))
(18 U.S.C. §2)

D-1 DESHAWN HOWARD and
D-2 JORGE VIRAMONTES

On or about February 10, 2007, in the Eastern District of Michigan, defendants DESHAWN HOWARD, a person who had twice previously been convicted of felony drug offenses, and JORGE VIRAMONTES, a person who had

previously been convicted of felony drug offenses, did knowingly and intentionally possess with intent to distribute five kilograms or more of a mixture or substance containing cocaine, a Schedule II controlled substance, and did aid and abet one another in so doing, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

**THIS IS A TRUE BILL.**

Dated: February 14, 2007         s/Grand Jury Foreperson

STEPHEN J. MURPHY
United States Attorney

s/Robert W. Haviland
ROBERT W. HAVILAND
Assistant U. S. Attorney-in-Charge

s/James C. Mitchell
JAMES C. MITCHELL(P17833)
Assistant U. S. Attorney
600 Church Street, Ste 200
Flint, MI 48502
(810) 766-5032

# Criminal Case Cover Sheet

**United States District Court**
**Eastern District of Michigan**

**Case Number** 07 - 20068

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Companion Case Number: |
| | Judge Assigned: |
| ☐ Yes    ☐ No | AUSA's Initials: jcm |

**Case Title:** UNITED STATES OF AMERICA v. DESHAWN HOWARD and JORGE VIRAMONTES

**County where offense occurred:** Genesee

FILED 2007 FEB 14 P 4:13 U.S. DIST. COURT EAST. DIST. MICH. CLERK FLINT

**Check One:**   ■ Felony    ☐ Misdemeanor    ☐ Petty

☐    Indictment____/Information____ **no** prior complaint.
■    Indictment ✓/Information____ based upon prior complaint [Case number: 07-30099 ]
☐    Indictment____/Information____ based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information:

**Superseding to Case No:** _____    **Judge:** _____

☐    Original case was terminated; no additional charges or defendants.
☐    Corrects errors; no additional charges or defendants.
☐    Involves, for plea purposes, different charges or adds counts.
☐    Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**                                           **Charges**


2-14-07
Date

JAMES C. MITCHELL  (P17833)
Assistant United States Attorney

(810) 766-5032
Phone Number

[1] Companion cases are matters in which it appears that substantially similar evidence will be offered at trial or the same of related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/1/99