UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
         Plaintiff,

v.

D-2 JORGE VIRAMONTES,
         Defendant.
_____/

NO.  07-20068

HON.  PAUL V. GADOLA

**PENALTY ENHANCEMENT INFORMATION**

The United States Attorney, pursuant to 21 U.S.C. § 851, charges that Jorge Viramontes was convicted and sentenced on April 21, 1990, in Los Angeles, California of possession/purchase for sale of narcotic drugs, and on January 9, 1998, in Holbrook County, Arizona of narcotic sell and narcotic drug, both felony drug offenses, and that due to said prior convictions, the maximum sentence upon conviction for the offenses charged in the instant case would be as follows:

**Counts One and Two**:

Imprisonment for life and a fine of not more than $8,000,000.  Neither a probationary sentence nor a suspended sentence may be given.

         Respectfully submitted,

         STEPHEN J. MURPHY
         United States Attorney

Dated: April 3, 2007         s/JAMES C. MITCHELL
         Assistant United States Attorney
         600 Church St., Ste. 210
         Flint, Michigan  48502
         Telephone: 810-766-5032
         Fax: 810-766-5427
         Email: James.C.Mitchell@usdoj.gov
         P17833

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                  NO.  07-20068

v.

                                  HON.  PAUL V. GADOLA

D-2 JORGE VIRAMONTES,

       Defendant.
_____/

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 3, 2007, I caused to be electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:  Michael P. Manley.

Dated: April 3, 2007                    s/JAMES C. MITCHELL
                                                    Assistant United States Attorney
                                                    600 Church St., Ste. 210
                                                    Flint, Michigan 48502
                                                    Telephone: 810-766-5032
                                                    Email: James.C.Mitchell@usdoj.gov
                                                    P17833