UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
          Plaintiff,

v.

NO.   07-20068

HON.  PAUL V. GADOLA

D-2 JORGE VIRAMONTES,
          Defendant.
_____/

## AMENDED PENALTY ENHANCEMENT INFORMATION

The United States Attorney, pursuant to 21 U.S.C. § 851, hereby amends its prior Penalty Enhancement Information pursuant to the terms of the Rule 11 Plea Agreement and charges that Jorge Viramontes was previously convicted and sentenced on January 9, 1998, in Holbrook County, Arizona of narcotic sell and narcotic drug, a felony drug offense, and that due to said prior convictions, the maximum sentence upon conviction for the offenses charged in the instant case would be as follows:

**Count One**:

Imprisonment for at least 20 years and a fine of not more than $8,000,000.  Neither a probationary sentence nor a suspended sentence may be given.

Respectfully submitted,

STEPHEN J. MURPHY
United States Attorney

Dated: June 12, 2007

s/JAMES C. MITCHELL
Assistant United States Attorney
600 Church St., Ste. 210
Flint, Michigan  48502
Telephone: 810-766-5032
Fax: 810-766-5427
Email: James.C.Mitchell@usdoj.gov
P17833

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                              NO.  07-20068

v.

                              HON.  PAUL V. GADOLA

D-2 JORGE VIRAMONTES,

        Defendant.
_____/

**CERTIFICATE OF SERVICE**

     I hereby certify that on June 12, 2007, I caused to be electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:  Michael P. Manley.

Dated: June 12, 2007                          s/JAMES C. MITCHELL
                                                 Assistant United States Attorney
                                                 600 Church St., Ste. 210
                                                 Flint, Michigan 48502
                                                 Telephone: 810-766-5032
                                                 Email: James.C.Mitchell@usdoj.gov
                                                 P17833