O R I G I N A L
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Jorge E. Viramontes # 40456-039
FCI - Mendota
P.O. Box 9
Mendota, CA 93640
Defendant.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
FLINT DIVISION

FILED
MAR 30 2015
CLERK'S OFFICE
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA, | * | |
|---|---|---|
| Plaintiff, | * | CASE NO.: 07-CR-20068-2 |
| | * | MOTION REQUESTING APPOINTMENT OF COUNSEL UNDER THE CRIMINAL JUSTICE ACT, PURSUANT TO 18 U.S.C. § 3006A, BY A FEDERAL PRISONER. |
| v. | * | |
| | * | |
| JORGE E. VIRAMONTES, | * | |
| Defendant. | * | |

TO THE ABOVE ENTITLED COURT, THE UNITED STATES ATTORNEY'S OFFICE, AND THE FEDERAL DEFENDER'S OFFICE, FOR THE DISTRICT OF EASTERN MICHIGAN: GREETINGS!

**COMES NOW**, Jorge E. Viramontes (hereinafter the "Defendant"), who hereby respectfully moves this Honorable Court for an appointment of counsel under the Criminal Justice Act, pursuant to 18 U.S.C. § 3006A.

The Defendant is **currently in the custody of the Federal Bureau of Prisons (F.B.O.P.)** serving the sentence imposed pursuant to the judgment and committment of this Honorable Court in the above numbered case matter.

The Defendant has been **in federal custody** since: 02-09-2007, and is presently serving a sentence of three hundred and twenty seven (327) months in the F.B.O.P.

Due to the Defendant's lengthy period of imprisonment, he has no resources nor ability to obtain private counsel to assist him with preparation of a motion for a reduction of sentence based on New Rule of Law, pursuant to 18 U.S.C. § 3582(c)(2), under the newly amended United States Sentencing Guidelines - <u>Amendment 782.</u>

The Defendant is a "Layperson" and untrained in the science of law, therefore

-1-

will be at an unjustly disadvantage if left on his own to file his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The Defendant does meet the criteria and qualifications necessary to seek remedy under the new Retroactive Reduction in Drug Trafficking Sentences that was unanimously approved by the United States Sentencing Commission, and became effective on November 1, 2014. However, the Defendant lacks the necessary skills and language tools required to prepare the necessary motion to request for a reduction of his current sentence imposed by this Court. Without the assistance of competent counsel, the Defendant will be left to navigate the complexities of the legal system alone, which would amount to a manifest unjustice.

The Defendant respectfully requests an Order appointing counsel to assist him in preparation of a Motion for Reduction of Sentence, pursuant to 18 U.S.C. § 3582(c)(2), to maintain the integrety of justice, and to effectively and properly prepare the forementioned motion for reduction in sentence.

WHEREFORE, the Defendant, Jorge E. Viramontes, hereby respectfully moves this Honorable Court for an appoinment of counsel under the Criminal Justice Act, pursuant to 18 U.S.C. § 3006A, to assist him with his necessary court filings under the newly amended U.S.S.G. - <u>Amendment 782.</u>

                Respectfully Submitted,

DATED: 03-25-2015

                *Jorge Viramontes E.*
                JORGE E. VIRAMONTES, Defendant.

# CERTIFICATE OF SERVICE

State of California  )
                     )
County of Fresno     )

I, Jorge E. Viramontes, hereby certify that I have served a true and correct copy of the attached: MOTION REQUESTING APPOINMENT OF COUNSEL UNDER THE CRIMINAL JUSTICE ACT, PURSUANT TO 18 U.S.C. § 3006A, BY A FEDERAL PRISONER.,

by placing the same into a sealed envelope with First-Class postage fully pre-paid, addressed to:

| UNITED STATES ATTORNEY'S OFFICE | FEDERAL DEFENDER'S OFFICE |
| DISTRICT OF EASTERN MICHIGAN | EASTERN MICHIGAN DIVISION |
| 600 CHURCH STREET | 600 CHURCH STREET |
| FLINT, MI 48502 | FLINT, MI 48502 |

and by delivering the same to prison officials at FCI - Mendota Mailroom for processing utilizing the "Special Mail" procedures.

It should be noted that utilization of "Special Mail" procedures under - - - Houston v. Lack, 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed 2d 245 (1988), service is deemed filed on the date that it was delivered to prison officials for delivery to the United States Postal Service.

I, Jorge E. Viramontes, declare under the penalty of perjury that the foregoing is true and correct, based upon my own personal information, knowledge, and beliefs.

DATED and EXECUTED this 25th day of March, 2015, in the City of Mendota, County of Fresno, State of California.

Respectfully Submitted,

*Jorge Viramontes E.*
JORGE E. VIRAMONTES, Defendant.

-3-

JORGE E. VIRAMONTES # 40456-039
FEDERAL CORRECTIONAL INSTITUTION - MENDOTA
P.O. BOX 9
MENDOTA, CA 93640

" SPECIAL MAIL "
**********

FEDERAL CORRECTIONAL INSTITUTION, MENDOTA
P.O. BOX 9
MENDOTA, CA 93640
DATE: 3-20-15

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

RECEIVED
MAR 30 2015
U.S. DISTRICT COURT
FLINT, MICHIGAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
600 CHURCH STREET, 1st FLOOR
FLINT, MI 48502

FRESNO CA 935
26 MAR 2015 PM 2 L