AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JORGE VIRAMONTES | ) | Case No: 07-20068-2 |
| | ) | USM No: 40456-039 |
| Date of Original Judgment: February 26, 2008 | ) | |
| Date of Previous Amended Judgment: | ) | |
| *(Use Date of Last Amended Judgment if Any)* | | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
### PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☑ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

The defendant is not eligible for a reduction of sentence. The Court imposed a sentence of 327 months custody on February 25, 2008. The defendant is identified as a Career Offender at the time of the sentencing and, as such, he is not eligible for a reduction of sentence.

Except as otherwise provided, all provisions of the judgment dated  February 26, 2008  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: August 10, 2016            s/Linda V. Parker
                                                       *Judge's signature*

Effective Date: _____                  Linda V. Parker, U.S. District Judge
*(if different from order date)*              *Printed name and title*