UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07-20068-2 |
| Plaintiff, | Honorable LINDA V. PARKER |
| Vs. | |
| JORGE VIRAMONTES, | |
| Defendant, | |

_____

| | |
|---|---|
| PATRICK E. CORBETT P41182 | GLENN M. SIMMINGTON P33626 |
| Assistant United States Attorney | Law Office of Glenn Simmington, PLLC |
| Attorney for Plaintiff | Attorney for Defendant |
| 211 W. Fort Street | 503 S. Saginaw Street, Ste. 700E |
| Suite 2001 | Flint, Michigan 48502-1861 |
| Detroit, Michigan 48226 | (810)-820-3076 |
| 313-226-9703 | gsimmington@gmail.com |
| Patrick.Corbett@usdoj.gov | |

_____

**DEFENDANT'S SUPPLEMENT TO REPLY TO GOVERNMENT'S RESPONSE OPPOSING EMERGENCY MOTION FOR COMPASSIONATE RELEASE**

On June 4, 2021, counsel for Defendant Jorge Viramontes submitted a Reply to the Government's Response Opposing his Emergency Motion tor Compassionate Release. At the time of submitting said Reply, the undersigned was not yet in possession of Mr. Viramontes' signed Affidavit outlining, and summarizing, the circumstances which led him, initially, to "refuse" Covid-19 vaccination, and later to consent to, and receive, such vaccination.

1

Since that June 4 filing, however, Mr. Viramontes has been successful in his efforts to obtain, and now produce, his signed, notarized Affidavit, (which was designated **Exhibit R** in that earlier filing, and has been re-designated **R-signed** here). Thus, Defendant hereby supplements his Reply to the Government's Response Opposing his Emergency Motion tor Compassionate Release to include the attached Affidavit, **Exhibit R-signed**.

Dated: July 9, 2021    s/Glenn M. Simmington
GLENN M. SIMMINGTON  P33626
Attorney for Defendant
503 S. Saginaw St., Ste. 700E
Flint, MI  48502-1861
(810) 820-3076
gsimmington@gmail.com

LOCAL RULE CERTIFICATION: I, Glenn M. Simmington, certify that this document complies with Local Rule 5.1(a), including: double-spacing (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10 ½ characters per inch (for non-proportional fonts) or 14 point (for proportional fonts).

GLENN M. SIMMINGTON P33626

CERTIFICATE OF SERVICE

3

The undersigned certifies that on the 9th day of July, 2021, the above Supplement to his Reply to United States Response in Opposition to Emergency Motion and Brief for Compassionate Release and this Certificate of Service was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Glenn M. Simmington